IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID MCLAUGHLIN, #234 365 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:04-cv-1028-MEF |
| | ) | |
| DOCTOR DARBOUZE, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 19, 2007 (Doc. #31), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. Defendant's motion for summary judgment (Doc. #17) is GRANTED.

2. This case is DISMISSED with prejudice and costs are taxed against the plaintiff for which execution may issue.

DONE this the 9th day of February, 2007.

　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE